

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. |
| CHARLES D. FIELDS, | ) | **4:18CR00683 RWS/DDN** |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 27, 2018, in St. Louis City, within the Eastern District of Missouri,

**CHARLES D. FIELDS,**

the defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm to wit: one Bersa S.A. make, Thunder 380 model, .380 ACP caliber, semi-automatic pistol bearing serial number 827348, which traveled in interstate or foreign commerce prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

JEFFREY B. JENSEN
United States Attorney

FOREPERSON

JENNIFER J. ROY, #47203MO
Assistant United States Attorney